UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY THOMAS HUTSON,<br>Plaintiff,<br>v.<br>VISALIA UNITED SCHOOL DISTRICT, et al.,<br>Defendants. | Case No. 1:26-CV-09580-JLT-FJS<br><br>ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED <u>IN FORMA PAUPERIS</u><br><br>(ECF No. 2)<br><br><u>TWENTY-ONE (21) DAY DEADLINE</u><br><br>ORDER DIRECTING THE CLERK OF THE COURT TO FORWARD APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND COSTS ("LONG FORM") TO PLAINTIFF |

On November 19, 2026, Plaintiff Zachary Thomas Hutson, filed this action asserting claims against Visalia United School District, Gina Fabnrizio, Ben Dhillon, Zachary Morton, Rosendo Verdusco, and Homer Solis. (ECF No. 1.) Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2). Yet Plaintiff's application is insufficient for the court to determine whether Plaintiff is entitled to proceed without prepayment of fees in this action.

Plaintiff reports that his spouse receives monthly income in the amount of $1,370.00 from *each* of the following sources: (1) employment, (2) self-employment, (3) income from real property, (4) interests and dividends, (5) gifts, (6) alimony, (7) child support, (8) retirement, (9) disability, and (10) public assistance. (*Id.* at 1-2.) Accordingly, Plaintiff's reported household

monthly income should be $13,700.00. Instead, Plaintiff avers that his household earns a combined monthly income of $1,370.00. Having considered Plaintiff's reported sources of income, the court requires Plaintiff to complete another long form application that clarifies the amount of income received from each of the ten sources identified above. If Plaintiff, in fact, receives a total monthly income of $1,370.00, rather than $13,700.00, then sum of these ten sources should reflect that.

Having further reviewed Plaintiff's reported employment history as well as his spouse's reported employment history, the court finds that portions of the application are inconsistent. Accordingly, the court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. Plaintiff is instructed not to leave fields empty, but rather to write "zero" or "N/A" as appropriate in any fields that he intends to leave blank. Moreover, Plaintiff is instructed to CAREFULLY review the instructions before filling out each section to ensure that the court can discern which portions of the form apply to Plaintiff alone and those sections that apply to Plaintiff's spouse. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

2 Within twenty-one (21) days of the date of this order, Plaintiff shall either (1) pay the $405.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

3. If Plaintiff fails to comply with this order, then this action will be dismissed.

IT IS SO ORDERED.

Dated: **November 23, 2026**

UNITED STATES MAGISTRATE JUDGE